■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERTINA THOMAS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Kubiniec, J.—assault, second degree.) Present—Boomer, J. P., Green, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH MERRITT, Appellant.—Judgment unanimously affirmed. Memorandum: The trial court determined that the prosecutor gave racially neutral reasons for his peremptory challenges of prospective black jurors and that, on the entire record, defendant had not shown purposeful discrimination in the exclusion of blacks from the jury. The determination of the trial court is entitled to great weight and, upon our review of the record, we find no reason to reverse its determination. (Resubmission of appeal from judgment of Monroe County Court, Egan, J.) Present—Boomer, J. P., Green, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. NICOLO, Appellant.—Judgment unanimously affirmed. Memorandum: The police properly stopped defendant's car based upon the officer's observation that defendant illegally crossed over a safety zone *(see,* 17 NYCRR 261.10 [a]) before making a turn *(see,* Vehicle and Traffic Law § 1120 [a] [1], [4]; § 1128 [a], [d]). That violation established an articulable basis for the stop and gave the officer reasonable grounds to suspect that defendant was driving while intoxicated *(see, People v Wohlers,* 138 AD2d 957). (Appeal from judgment of Ontario County Court, Henry, Jr., J.—felony driving while intoxicated.) Present—Boomer, J. P., Green, Pine, Balio and Davis, JJ.